UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-08166-SVW-AGR | Date: | December 1, 2025 |

| Title: | King of Subs et al v. General Motors LLC et al |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | Laura Elias |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Andrea Plata   Katya Etemadieh

**Proceedings:**   NEW CASE STATUS CONFERENCE

MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiffs [15]

Case called. For the reasons stated on the record, the Motion [15] is GRANTED, the matter is remanded to Los Angeles Superior Court.

: 2

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk DTA